# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

IN RE:  TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY
LITIGATION,

THIS DOCUMENT RELATES TO:

All Cases Listed in Exhibit A

MDL NO.  2545

Master Docket Case No. 1:14-cv-01748

Judge  Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐　　　in favor of plaintiff(s)
　　　　and against defendant(s)
　　　　in the amount of $　　　 ,

　　　　　　which ☐ includes　　　 pre–judgment interest.
　　　　　　　　　☐ does not include pre–judgment interest.

　　　　Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

　　　　Plaintiff(s) shall recover costs from defendant(s).

---

☐　　　in favor of defendant(s)
　　　　and against plaintiff(s)

.

　　　　Defendant(s) shall recover costs from plaintiff(s).

---

☒　　　other:  Pursuant to the Court's orders of 3/7/2016 and 4/18/2017 in the MDL 2545 master file, Case No. 14 C 1748 (dkt. nos. 1211 and 1865), and pursuant to Federal Rule of Civil Procedure 54(b), final judgment is entered in favor of Pfizer Inc. and Pharmacia & Upjohn Co.

---

This action was (check one):

☐ tried by a jury with Judge　　　 presiding, and the jury has rendered a verdict.
☐ tried by Judge　　　 without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.


Date:   4/21/2017

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*In re Testosterone Products Liability Litigation*
Case No. 1:14-cv-01748

List of Cases to be Dismissed with Prejudice
Pursuant to CMO 19(B) Amended

Multiple Defendants

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | Guilbeau, Rodney | 1:14-cv-4531 | Abbott Labs.; AbbVie; Pfizer Inc. | Morris Bart LLC; Lanier Law Firm, PLLC |
| 2 | Kozak, David Michael | 1:14-cv-4548 | Acrux Limited; Anda; Fagron Inc.; Pfizer Inc.; Pharmacia, Pharmacia & Upjohn | Zoll, Kranz & Borgess, LLC |
| 3 | McGill, Walter | 1:14-cv-4552 | Actavis; Pfizer Inc.; Pharmacia & Upjohn; Watson | Levin Fishbein Sedran & Berman |
| 4 | Garner, Gary Alan | 1:14-cv-6383 | Auxilium; Pfizer Inc. | Beasley, Allen, Crow |
| 5 | Parker, Jr., Ronald | 1:14-cv-6723 | Abbott Labs.; AbbVie; Pfizer Inc. | Beasley, Allen, Crow |
| 6 | Burnejko, Thomas | 1:14-cv-6811 | Abbott Labs.; AbbVie; Pfizer Inc. | Onder, Shelton, O'Leary & Peterson, LLC |
| 7 | Keller, Clyde W. | 1:14-cv-7380 | Abbott Labs.; AbbVie; Actavis; Anda; McKesson Corporation; Pfizer Inc.; Pharmacia & Upjohn; Watson | Patten, Wornom, Hatten & Diamonstein, L.C. |
| 8 | Hull, Roger | 1:14-cv-7481 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Wendt Law Firm, P.C. |
| 9 | Boddie, Gerald | 1:14-cv-7924 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Wendt Law Firm, P.C. |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 10 | Martin, Bobby J. | 1:14-cv-8016 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Environmental Litigation Group, P.C. |
| 11 | Meitner, Gerald | 1:14-cv-8134 | Endo; Pfizer Inc. | Goldberg & Osborne |
| 12 | Buffkin, Stephen | 1:14-cv-8221 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Levin Papantonio |
| 13 | Tillman, David M. | 1:14-cv-8375 | Abbott Labs.; AbbVie; Eli Lilly; Pfizer Inc. | Beasley, Allen, Crow |
| 14 | Austin, Jerry | 1:14-cv-8412 | Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Simmons Hanly Conroy |
| 15 | Boyd, Steven | 1:14-cv-8627 | Auxilium; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Zoll, Kranz & Borgess, LLC |
| 16 | Glover, James | 1:14-cv-8730 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 17 | Murray, Jack | 1:14-cv-8742 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Simmons Hanly Conroy |
| 18 | Anderson, Irvin | 1:14-cv-8865 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Hovde Dassow & Deets, LLC |
| 19 | Craft, Alvin | 1:14-cv-8866 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Hovde Dassow & Deets, LLC |
| 20 | Guidry, Henry | 1:14-cv-8871 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Hovde Dassow & Deets, LLC |
| 21 | Strickland, Richard | 1:14-cv-8888 | Abbott Labs.; Pfizer Inc.; Pharmacia & Upjohn | Morris Bart LLC |
| 22 | Metz, Donald | 1:14-cv-8900 | Abbott Labs.; AbbVie; Acrux Limited; Auxilium; Besins Healthcare; Eli Lilly; Endo; Pfizer Inc.; Pharmacia; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 23 | Rose, Reavis | 1:14-cv-8905 | Abbott Labs.; AbbVie; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 24 | Summers, Robert W. | 1:14-cv-8926 | Abbott Labs.; AbbVie; Auxilium; Pfizer Inc. | Cook, P.C. |
| 25 | Hebert, Steven | 1:14-cv-9321 | Auxilium; Pfizer Inc. | Locks Law Firm |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 26 | McCoy, Cecil | 1:14-cv-9352 | Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | English, Lucas, Priest & Owsley, LLP |
| 27 | Taylor, Leon | 1:14-cv-9375 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Pittman, Dutton & Hellums, P.C. |
| 28 | Murray, Michael | 1:14-cv-9663 | Abbott Labs.; AbbVie; Endo; Pfizer Inc. | Foote, Mielke, Chavez & O'Neil; Wiggins, Childs, Pantazis |
| 29 | Hauser, David | 1:14-cv-9817 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Cohen & Malad LLP |
| 30 | Crabtree, Michael | 1:14-cv-9892 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Dreyer Boyajian LLP |
| 31 | Ham, Robert | 1:14-cv-10011 | Abbott Labs.; AbbVie; Paddock Laboratories; Perrigo Company; Pfizer Inc. | Beasley, Allen, Crow |
| 32 | Langford, Darin | 1:15-cv-0263 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Robert J. DeBry & Associates |
| 33 | Gordon, Larry | 1:15-cv-0299 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Cohen & Malad LLP |
| 34 | Harkness, Barry | 1:15-cv-0318 | Abbott Labs.; AbbVie; Actavis; Pfizer Inc. | Grossman & Moore, PLLC |
| 35 | White, Terry L. | 1:15-cv-0470 | Abbott Labs.; AbbVie; Pfizer Inc. | Beasley, Allen, Crow |
| 36 | Evans, John | 1:15-cv-0505 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Goldenberg Law PLLC |
| 37 | Bedford, Daniel | 1:15-cv-0676 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 38 | Shumake, Maxwell | 1:15-cv-0819 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Morris Bart LLC |
| 39 | Cooley, Caleb | 1:15-cv-0876 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 40 | Rice, Howard | 1:15-cv-0886 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 41 | Thomas, Louis J. | 1:15-cv-0950 | Abbott Labs.; AbbVie; Actavis; Auxilium; Endo; Pfizer Inc.; Watson | Onder, Shelton, O'Leary & Peterson, LLC |
| 42 | Hawkins, Franklin P. | 1:15-cv-0963 | Actavis; Pfizer Inc.; Pharmacia & Upjohn; Watson | Beasley, Allen, Crow |

|    | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|----|------------------|---------------|------------|-------------------|
| 43 | Poynter, Jerry | 1:15-cv-0969 | Abbott Labs.; AbbVie; Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 44 | Gaut, Jack | 1:15-cv-0970 | Abbott Labs.; AbbVie; Pfizer Inc. | Kabateck Brown Kellner, LLP |
| 45 | Peters, William | 1:15-cv-0989 | Abbott Labs.; AbbVie; Actavis; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 46 | Hitt, Glen | 1:15-cv-1035 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 47 | Langlois, Keith | 1:15-cv-1036 | Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Heard Robins Cloud LLP |
| 48 | Fair, Michael | 1:15-cv-1318 | Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Heard Robins Cloud LLP |
| 49 | Oates, Thomas E. | 1:15-cv-1553 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 50 | Loy, James | 1:15-cv-1586 | Actavis; Perrigo Company; Pfizer Inc.; Pharmacia & Upjohn | Watts, Donovan & Tilley, P.A. |
| 51 | Dubay, Kenneth | 1:15-cv-1668 | Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Levin Papantonio |
| 52 | Ramsey, Cecil | 1:15-cv-1775 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | English, Lucas, Priest & Owsley, LLP |
| 53 | Phillips, Ottis | 1:15-cv-1927 | Actavis; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 54 | Gann, James | 1:15-cv-2059 | Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 55 | Montgomery, Maurice C. | 1:15-cv-2181 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 56 | Smith, Thomas | 1:15-cv-2223 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Hovde Dassow & Deets, LLC |
| 57 | Van Dyke, John William | 1:15-cv-2482 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 58 | Nesmith, William K. | 1:15-cv-2871 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Kaiser Gornick LLP |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 59 | Wood, Charles | 1:15-cv-2883 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 60 | Pride, Steven | 1:15-cv-2945 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | The Whitehead Law Firm, L.L.C. |
| 61 | Wilcoxon, Lester | 1:15-cv-3052 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |
| 62 | Campbell, Jr., Luther | 1:15-cv-3054 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |
| 63 | McKenzie, Jeffery D. | 1:15-cv-3060 | Actavis; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 64 | Dunn, Robert D. | 1:15-cv-3152 | AbbVie; Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Zimmerman Reed, P.L.L.P. |
| 65 | Stevens, Stanley H. | 1:15-cv-3436 | Actavis; Pfizer Inc.; Pharmacia & Upjohn; Watson | Beasley, Allen, Crow |
| 66 | Hodges, Richard | 1:15-cv-3440 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Pogust Braslow & Milrood, LLC |
| 67 | Madden, James | 1:15-cv-3476 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 68 | Borelli, Tyrone C. | 1:15-cv-3503 | Acrux Limited; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 69 | Ward, William Joseph | 1:15-cv-3790 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Davis & Crump, P.C. |
| 70 | Hill, Ronald R. | 1:15-cv-3834 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Unimed Pharmaceuticals LLC | Johnson Becker, PLLC |
| 71 | Lancaster, James | 1:15-cv-4000 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 72 | Worley, James | 1:15-cv-4028 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 73 | Anderson, Woodrow | 1:15-cv-4095 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 74 | Doonkeen, Pete D. | 1:15-cv-4174 | Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Wendt Law Firm, P.C. |
| 75 | Velazquez, Phillip | 1:15-cv-4242 | Abbott Labs.; AbbVie; Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Onder, Shelton, O'Leary & Peterson, LLC |
| 76 | Campos, Daniel | 1:15-cv-4253 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Stueve Siegel Hanson LLP |
| 77 | Holly, David A. | 1:15-cv-4337 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 78 | Thomas, Harry | 1:15-cv-4345 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 79 | Hansen, Douglas | 1:15-cv-4647 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 80 | Marmel, Noah Samuel | 1:15-cv-4719 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Cellino & Barnes, PC |
| 81 | Gonzalez, Carlos G. | 1:15-cv-4771 | Abbott Labs.; AbbVie; Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 82 | Williams, Thurman J. | 1:15-cv-4773 | Endo; Pfizer Inc.; Pharmacia & Upjohn | The Cochran Firm - Dothan, P.C. |
| 83 | Graegin, Paul | 1:15-cv-4954 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | TorHoerman Law LLC |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 84 | Tilford, Steven | 1:15-cv-5253 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 85 | Almond, Keith | 1:15-cv-5298 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC; Watson | Law Office of Derriel C. McCorvey, L.L.C. |
| 86 | Bailey, Milburn S. | 1:15-cv-5301 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Law Office of Derriel C. McCorvey, L.L.C. |
| 87 | Batie, Johnnie R. | 1:15-cv-5308 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Law Office of Derriel C. McCorvey, L.L.C. |
| 88 | Holmes, Marlin | 1:15-cv-5310 | Abbott Labs.; AbbVie; Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Branch Law Firm; Meyers & Flowers, LLC |
| 89 | Geise, David, Sr. | 1:15-cv-5393 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Maher Law Firm |
| 90 | Gilstrap, Walter | 1:15-cv-5646 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Anapol Weiss |
| 91 | Mikolay, Ricky A. | 1:15-cv-5788 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Cohen & Malad LLP |
| 92 | Webb, Kenneth P. | 1:15-cv-5874 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Burg Simpson Eldredge Hersh & Jardine |
| 93 | Hanke, Henry | 1:15-cv-6095 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Stueve Siegel Hanson LLP |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 94 | Canion, Thomas | 1:15-cv-6448 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Beasley, Allen, Crow |
| 95 | Dehart, Larry G. | 1:15-cv-6541 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Wagstaff & Cartmell |
| 96 | Meaders, Mark A. | 1:15-cv-6582 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Wagstaff & Cartmell |
| 97 | Dolly, Samuel | 1:15-cv-6677 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Morgan & Morgan, P.A. |
| 98 | Hance, Robert J. | 1:15-cv-6720 | Abbott Labs.; AbbVie; Actavis; Anda; Endo; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC; Watson | David P Matthews Law Firm |
| 99 | Tittle, Earl Allen | 1:15-cv-7062 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Beasley, Allen, Crow |
| 100 | Dupont, Christopher | 1:15-cv-7152 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 101 | Ruud, Jack | 1:15-cv-7168 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 102 | Dooley, Thomas G. | 1:15-cv-7222 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Wright & Schulte, LLC |
| 103 | Miller, James F. | 1:15-cv-7233 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Heard Robins Cloud LLP; Heard Robins Cloud LLP |
| 104 | Freeman, Franklin | 1:15-cv-7347 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC; Watson | Wagstaff & Cartmell |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 105 | Fuentes, Francisco | 1:15-cv-7466 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Stueve Siegel Hanson LLP |
| 106 | Gore, Clinton | 1:15-cv-7505 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Keith, Miller, Butler, Schneider & Pawlik |
| 107 | Rauder, Ludwig | 1:15-cv-7562 | Acrux Limited; Actavis; Anda; Auxilium; Eli Lilly; Endo; Pfizer Inc.; Pharmacia & Upjohn; Watson | David P Matthews Law Firm |
| 108 | Goodson, Bill | 1:15-cv-7608 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Zoll, Kranz & Borgess, LLC |
| 109 | Harrison, Preston | 1:15-cv-7628 | Abbott Labs.; AbbVie; Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC; Watson | David P Matthews Law Firm |
| 110 | Arbaugh, Shaun | 1:15-cv-7682 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 111 | Means, Kenneth | 1:15-cv-7866 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Beasley, Allen, Crow |
| 112 | Lester, Hiram L. | 1:15-cv-8012 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 113 | Crenshaw, Mills | 1:15-cv-8431 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 114 | Krueger, Steven C. | 1:15-cv-8525 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 115 | Litters, Danny | 1:15-cv-8529 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 116 | Deegan, Gene | 1:15-cv-8531 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 117 | Grove, John | 1:15-cv-8552 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Gori Julian & Associates, P.C. |
| 118 | Miles, Frank | 1:15-cv-8581 | Acrux Limited; Auxilium; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Baron & Budd, P.C. |
| 119 | McMonagle, Kevin | 1:15-cv-8623 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Pogust Braslow & Milrood, LLC |
| 120 | Huppelsberg, Brent | 1:15-cv-8640 | Abbott Labs.; AbbVie; Acrux Limited; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 121 | West, Kenric | 1:15-cv-8799 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |
| 122 | Miles, Victor | 1:15-cv-9003 | Acrux Limited; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Wendt Law Firm, P.C. |
| 123 | Schneider, Roger | 1:15-cv-9004 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Goss Law Firm, P.C.; Wendt Law Firm, P.C. |
| 124 | Hadley, Joel | 1:15-cv-9397 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Cohen & Malad LLP |
| 125 | Lyon, Larry M. | 1:15-cv-9441 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 126 | Randall, Dennis L. | 1:15-cv-9496 | AbbVie; Pfizer Inc. | Zimmerman Reed, P.L.L.P. |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 127 | Barefield, Richard K. | 1:15-cv-9566 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Watson | Zoll, Kranz & Borgess, LLC |
| 128 | Hedleston, Lawrence | 1:15-cv-9598 | Actavis; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 129 | Greiner, Robert G. | 1:15-cv-9606 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Levin Fishbein Sedran & Berman |
| 130 | Lewis, Clint | 1:15-cv-9638 | Abbott Labs.; AbbVie; Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 131 | Craven, Gary | 1:15-cv-9643 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 132 | Girouard, Jon | 1:15-cv-9644 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 133 | Gutelius, Frank | 1:15-cv-9659 | Abbott Labs.; AbbVie; Besins Healthcare; Endo; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |
| 134 | Moore, Leonard | 1:15-cv-9672 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |
| 135 | Pladna, David | 1:15-cv-9681 | AbbVie; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 136 | Terrasas, Roland | 1:15-cv-9784 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Unimed Pharmaceuticals LLC | Johnson Becker, PLLC |
| 137 | Gregory, Garth | 1:15-cv-9829 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Lanier Law Firm, PLLC |
| 138 | Casto, Marvin | 1:15-cv-9848 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |

11

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 139 | Van Loan, Jr., Joseph | 1:15-cv-9905 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |
| 140 | Whitear, Donald | 1:15-cv-9908 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Levensten Law Firm, P.C. |
| 141 | McKitrick, Jayson | 1:15-cv-9910 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | The Walters Law Firm, LLC |
| 142 | Anderson, Robert | 1:15-cv-9999 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Ball & Bonholtzer |
| 143 | Sakelariou, Hristos | 1:15-cv-10000 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 144 | Barton, Bruce | 1:15-cv-10013 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Anapol Weiss |
| 145 | Hensley, Douglas F. | 1:15-cv-10019 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Zoll, Kranz & Borgess, LLC |
| 146 | Hutchinson, Roger | 1:15-cv-10073 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Padberg Corrigan & Appelbaum |
| 147 | Hickman, Wayne | 1:15-cv-10480 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 148 | Mulholland, Thomas J. | 1:15-cv-10484 | Acrux Limited; Auxilium; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |

12

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 149 | Greaney, Lyndon W. | 1:15-cv-10893 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Cellino & Barnes, PC |
| 150 | Perkins, Brandon | 1:15-cv-10901 | Pfizer Inc.; Pharmacia & Upjohn; Endo Pharmaceuticals, Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmith Kline LLC | Stueve Siegel Hanson LLP |
| 151 | Alotis, James | 1:15-cv-11021 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | Levin Papantonio |
| 152 | Correia, Bruce | 1:15-cv-11033 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 153 | McGannon, Kevin M. | 1:15-cv-11084 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 154 | Papa, Michael | 1:15-cv-11289 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 155 | Jones, Willie | 1:15-cv-11346 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm |
| 156 | Dina, Jr., Allen | 1:15-cv-11417 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Wagstaff & Cartmell |
| 157 | Spoto, Richard | 1:15-cv-11546 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 158 | Wilkes, Sr., Timothy | 1:15-cv-11682 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Scanlon & Elliott |
| 159 | Friday, Henry | 1:15-cv-11694 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm |
| 160 | Fine, James | 1:15-cv-11705 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Branch Law Firm |

13

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 161 | Garcia, Ricardo J. | 1:15-cv-11708 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 162 | Patton, Gregory | 1:15-cv-11763 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 163 | McDonald, Bruce | 1:16-cv-0235 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |
| 164 | Mollat, Norman | 1:16-cv-0301 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Gori Julian & Associates, P.C. |
| 165 | Olliges, Terry | 1:16-cv-0334 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Branch Law Firm; Meyers & Flowers, LLC |
| 166 | Goad, Michael | 1:16-cv-0383 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 167 | Lauer, Martin | 1:16-cv-0536 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | Wagstaff & Cartmell |
| 168 | Vandenbosch, Christopher | 1:16-cv-0575 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Gori Julian & Associates, P.C. |
| 169 | Orsbun, Gavin | 1:16-cv-0917 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 170 | Teague, Kenneth | 1:16-cv-0962 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |
| 171 | Williams, Robert E. | 1:16-cv-1015 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 172 | Flynn, Russell | 1:16-cv-1059 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |

14

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 173 | Franklin, Andy Jackson | 1:16-cv-1154 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Beasley, Allen, Crow |
| 174 | Jackson, Roosevelt | 1:16-cv-1158 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 175 | Smith, Todd | 1:16-cv-1177 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 176 | Aaron, Damon | 1:16-cv-1189 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Pierce Skrabanek Bruera, PLLC |
| 177 | Rudolph, Roger | 1:16-cv-1206 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 178 | Williams, James Edward | 1:16-cv-1274 | Abbott Labs.; AbbVie; Actavis; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Unimed Pharmaceuticals LLC | Harris Penn Lowry LLP |
| 179 | Triano, Joseph | 1:16-cv-1275 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Lanier Law Firm, PLLC |
| 180 | Johnson, Ralph Derrell | 1:16-cv-1277 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 181 | Cascio, Joseph | 1:16-cv-1302 | Actavis; Pfizer Inc. | Morris Law Firm |
| 182 | Triano, Jr., Joseph | 1:16-cv-1303 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Heard Robins Cloud LLP |
| 183 | Keyt, James W. | 1:16-cv-1344 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 184 | Bowman, William Darious | 1:16-cv-1347 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 185 | Gagnier, Peter T. | 1:16-cv-1349 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 186 | Chetelat, Jerald | 1:16-cv-1377 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 187 | Crawford, Edward Lee | 1:16-cv-1397 | Actavis; Anda; Endo; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 188 | Syracuse, Michael G. | 1:16-cv-1447 | Abbott Labs.; AbbVie; Pfizer Inc. | Morris Law Firm |
| 189 | White, Eugene A. | 1:16-cv-1480 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |
| 190 | Barnes, III, Glenn | 1:16-cv-1483 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Goldenberg Law PLLC |
| 191 | Joyner, Michael | 1:16-cv-1501 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Goldenberg Law PLLC |
| 192 | Howse, Jr., John | 1:16-cv-1521 | Actavis; Pfizer Inc.; Pharmacia & Upjohn | Goldenberg Law PLLC |
| 193 | Henderson, Ronald E. | 1:16-cv-1527 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Simmons Hanly Conroy |
| 194 | Ford, Howard | 1:16-cv-1557 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 195 | Adams, Rodney H. | 1:16-cv-1574 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 196 | Kirk, Brian | 1:16-cv-1580 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Heard Robins Cloud LLP |
| 197 | Hicks, Roger | 1:16-cv-1689 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Carey Danis & Lowe |
| 198 | Vaughan, Joe E. | 1:16-cv-1694 | Abbott Labs.; AbbVie; Pfizer Inc. | Morris Law Firm |
| 199 | Thompson, Roger | 1:16-cv-1716 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |

16

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 200 | Tallevast, John | 1:16-cv-1772 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | MacDonald Law Group |
| 201 | Manear, James | 1:16-cv-1781 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Eisenberg Rothweiler Winkler Eisenberg & Jeck; MacDonald Law Group |
| 202 | McMurran, Jack | 1:16-cv-1782 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Eisenberg Rothweiler Winkler Eisenberg & Jeck |
| 203 | Jordan, Paris | 1:16-cv-1788 | Abbott Labs.; AbbVie; Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 204 | English, Marshall L. | 1:16-cv-1793 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 205 | George, Lou P. | 1:16-cv-1794 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 206 | Jolley, David R. | 1:16-cv-1795 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 207 | Anderson, Eric | 1:16-cv-1803 | Abbott Labs.; AbbVie; Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 208 | High, James | 1:16-cv-2361 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Levin Fishbein Sedran & Berman |
| 209 | Scott, Willie | 1:16-cv-2376 | Acrux Limited; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Lopez McHugh, LLP |

17

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 210 | Thomson, Charles M. | 1:16-cv-2449 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Beasley, Allen, Crow |
| 211 | Coursen, Michael | 1:16-cv-2676 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 212 | Wiseman, Kelvin | 1:16-cv-2760 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Onder, Shelton, O'Leary & Peterson, LLC |
| 213 | Luedtke, Daren | 1:16-cv-3101 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC; Watson | Law Offices of Baird A. Brown |
| 214 | Taylor, Corbett L. | 1:16-cv-3123 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 215 | Griffith, Jim C. | 1:16-cv-3124 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |
| 216 | Gibbs, James | 1:16-cv-3128 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 217 | Orms, Bob | 1:16-cv-3137 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 218 | Redic, Don | 1:16-cv-3139 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |
| 219 | Lawson, David | 1:16-cv-3140 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |

18

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 220 | Mills, Jim | 1:16-cv-3145 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |
| 221 | Stewart, Bobby | 1:16-cv-3162 | Abbott Labs.; AbbVie; Besins Healthcare; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 222 | Latham, Gary | 1:16-cv-3165 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 223 | Podeszwik, Jeffrey A. | 1:16-cv-3170 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 224 | King, John | 1:16-cv-3194 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 225 | Davis, Benjamen C. | 1:16-cv-3195 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 226 | Farrokhi, Jahan | 1:16-cv-3226 | Abbott Labs.; AbbVie; Actavis; Anda; Auxilium; Besins Healthcare; Endo; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 227 | Spears, Lamont K. | 1:16-cv-3237 | Abbott Labs.; AbbVie; Besins Healthcare; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 228 | Bansal, Vishal | 1:16-cv-3250 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 229 | Orourke, Christopher | 1:16-cv-3265 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 230 | Crabtree, Dale | 1:16-cv-3268 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia; Solvay, S.A.; Unimed Pharmaceuticals LLC | Law Offices of Baird A. Brown |
| 231 | Eagle, Robert | 1:16-cv-3292 | Endo; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |
| 232 | Stephens, Mitchell | 1:16-cv-3301 | Auxilium; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn | Law Offices of Baird A. Brown |
| 233 | Hirst, James | 1:16-cv-3535 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 234 | Blankenship, William H. | 1:16-cv-3696 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Beasley, Allen, Crow |
| 235 | Luster, Bobby | 1:16-cv-3808 | Acrux Limited; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | MacDonald Law Group |
| 236 | Tarvin, Burton A. | 1:16-cv-3911 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 237 | Harte, Patrick | 1:16-cv-3946 | Abbott Labs.; AbbVie; Acrux Limited; Besins Healthcare; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 238 | Duffy, Gabriel | 1:16-cv-3957 | Abbott Labs.; AbbVie; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 239 | Sutphin, Anthony | 1:16-cv-4485 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Lopez McHugh, LLP |
| 240 | Proutt, Hubert | 1:16-cv-4726 | AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Kabateck Brown Kellner, LLP |
| 241 | Longley, Gary | 1:16-cv-4763 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Branch Law Firm; Meyers & Flowers, LLC |
| 242 | Dunn-Krever, Michael | 1:16-cv-5082 | Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Oliver Law Group P.C. |
| 243 | Mitchell, Dion Keith | 1:16-cv-5168 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 244 | Mock, Frederick | 1:16-cv-5170 | Abbott Labs.; AbbVie; Auxilium; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 245 | Brown, Robert S. | 1:16-cv-5490 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 246 | Rose, Bobby | 1:16-cv-5571 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Levin Papantonio |
| 247 | Forrestal, Raymond | 1:16-cv-5580 | Abbott Labs.; AbbVie; Auxilium; Besins Healthcare; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 248 | Polka, Jeff | 1:16-cv-5661 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 249 | Woodall, Carl | 1:16-cv-5826 | Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |

21

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 250 | Erickson, Walt | 1:16-cv-5901 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 251 | Donner, Richard | 1:16-cv-6008 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 252 | Davis, Leonard E. | 1:16-cv-6036 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | Simmons Hanly Conroy |
| 253 | Thomas, Jerry | 1:16-cv-6042 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 254 | Moran, Jerry | 1:16-cv-6055 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 255 | Cooper, William | 1:16-cv-6059 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 256 | Lambrix, Robert | 1:16-cv-6204 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 257 | Poston, David Ray | 1:16-cv-6935 | Abbott Labs.; AbbVie; Eli Lilly; Pfizer Inc. | Herman, Herman & Katz, LLC |
| 258 | Linkous, Brian K. | 1:16-cv-7186 | Abbott Labs.; AbbVie; Actavis; Anda; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 259 | Warren, Gregory S. | 1:16-cv-7187 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 260 | Archambeault, Joseph L. | 1:16-cv-7189 | Acrux Limited; Eli Lilly; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 261 | Wraggs, Leslie V. | 1:16-cv-7193 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 262 | Alswager, Thomas | 1:16-cv-7330 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Schachter Hendy & Johnson PSC |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 263 | Baggett, Dennie | 1:16-cv-7404 | Abbott Labs.; AbbVie; Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 264 | Strempek, Douglas | 1:16-cv-7406 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 265 | Redding, Larry | 1:16-cv-7584 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 266 | Lambert, Sr., Donnie | 1:16-cv-7622 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 267 | Reyes, George R. | 1:16-cv-7625 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Branch Law Firm; Meyers & Flowers, LLC |
| 268 | Huff, Marion | 1:16-cv-7754 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Provost Umphrey Law Firm, LLP |
| 269 | Evans, Steve | 1:16-cv-7789 | Auxilium; Pfizer Inc.; Pharmacia & Upjohn | Branch Law Firm |
| 270 | Jaynes, Terry Scott | 1:16-cv-8022 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 271 | Parisi, Cosmo Paul | 1:16-cv-8036 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 272 | Ross, Ronald | 1:16-cv-8050 | Endo; Pfizer Inc.; Pharmacia & Upjohn | David P Matthews Law Firm |
| 273 | Knaepple, George | 1:16-cv-8487 | Abbott Labs.; AbbVie; Acrux Limited; Actavis; Anda; Auxilium; Besins Healthcare; Eli Lilly; Endo; GlaxoSmithKline LLC; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Reyes Browne Reilley |
| 274 | Homs, Mark | 1:16-cv-8495 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Reyes Browne Reilley |

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 275 | Nevel, William | 1:16-cv-8498 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Reyes Browne Reilley |
| 276 | Barnett, William | 1:16-cv-8536 | Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Reyes Browne Reilley |
| 277 | Minutolo, Raymond | 1:16-cv-8556 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Solvay, S.A.; Unimed Pharmaceuticals LLC | Reyes Browne Reilley |
| 278 | Taylor, Charles | 1:16-cv-8593 | Auxilium; Endo; Pfizer Inc.; Pharmacia & Upjohn | Simmons Hanly Conroy |
| 279 | Small, David | 1:16-cv-9021 | Abbott Labs.; AbbVie; Pfizer Inc.; Pharmacia & Upjohn | Seeger Weiss LLP |
| 280 | Gurrieri, Michael R. | 1:16-cv-10219 | Auxilium; Endo; Pfizer Inc. | Richardson, Patrick, Westbrook and Brickman LLC |
| 281 | Francis, Brett | 1:16-cv-10257 | Abbott Labs.; AbbVie; Actavis; Anda; Pfizer Inc.; Pharmacia & Upjohn | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 282 | Walsh, Daniel | 1:16-cv-10295 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Wendt Law Firm, P.C. |
| 283 | Paradis, Kevin | 1:16-cv-11041 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | David P Matthews Law Firm |
| 284 | Wortman, Robert | 1:16-cv-11167 | Abbott Labs.; AbbVie; Besins Healthcare; Pfizer Inc.; Pharmacia & Upjohn; Unimed Pharmaceuticals LLC | Onder, Shelton, O'Leary & Peterson, LLC |
| 285 | Terry, Myles A. | 1:16-cv-11268 | Abbott Labs.; AbbVie; Actavis; Auxilium; Eli Lilly; Endo; Pfizer Inc.; Pharmacia & Upjohn | Levin Simes LLP |